In the Matter of the Application of WILLIAM A. CAMERON, Respondent, against WILLIAM J. FLYNN, as Commissioner of Public Works of the Borough of Bronx,

City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., O'Malley, Townley and Glennon, JJ.